UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| LUCSON RENALDO DESTINE, | : | VIOLATIONS: |
| also known as Luckson Destine, | : | |
| also known as Ti-Renald, | : | 18 U.S.C. § 1203(a) |
| LEVOYANT JULES, | : | (Conspiracy to Commit Hostage Taking) |
| ROCHEL SUCCES, | : | |
| also known as ROCHENEL SUCCES, | : | 18 U.S.C. § 1203(a) |
| RICHARDO DESIR THEARD, | : | (Hostage Taking) |
| also known as RICARDO DESIR | : | |
| THEARD, | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| Defendants. | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

COUNT ONE

At all times material to this Indictment, except as otherwise indicated:

Background

1.  Klaus Peters was a naturalized citizen of the United States.

2.  The defendants, **LUCSON RENALDO DESTINE, also known as LUCKSON DESTINE and as "Ti-Renald;" LEVOYANT JULES; ROCHEL SUCCES, also known as ROCHENEL SUCCES; and RICHARDO DESIR THEARD, also known as RICARDO DESIR THEARD,** and other conspirators known to the Grand Jury were citizens of the country of Haiti.

3. All events alleged in this Indictment took place within the country of Haiti, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

### The Conspiracy

4. From on or about April 13, 2007, to on or about April 14, 2007, in Haiti, the defendants, **LUCSON RENALDO DESTINE, also known as LUCKSON DESTINE and as "Ti-Renald;" LEVOYANT JULES; ROCHEL SUCCES, also known as ROCHENEL SUCCES; and RICHARDO DESIR THEARD, also known as RICARDO DESIR THEARD,** did knowingly conspire and agree with other conspirators known to the Grand Jury, to seize and detain and threaten to kill, to injure, and to continue to detain Klaus Peters in order to compel a third person to pay ransom for the release of Klaus Peters, as an explicit and implicit condition for the release of Klaus Peters.

### Object of the Conspiracy

5. The object of the conspiracy was to obtain money belonging to the relatives of Klaus Peters.

### Manner and Means To Accomplish the Object of the Conspiracy

6. Members of the conspiracy discussed and agreed to kidnap Klaus Peters and hold him as a hostage for payment of ransom by his relatives.

7. Members of the conspiracy did kidnap Klaus Peters and hold him as a hostage, while demanding payment of ransom from his relatives in exchange for his release.

(**Conspiracy to Commit Hostage Taking**, in violation of Title 18, United States Code, Section 1203(a))

## COUNT TWO

1. Paragraphs 1, 2 and 3 of Count One of this Indictment are hereby re-alleged as if fully set forth herein and are incorporated by reference.

2. From on or about April 13, 2007, to on or about April 14, 2007, the defendants, **LUCSON RENALDO DESTINE, also known as LUCKSON DESTINE and as "Ti-Renald;" LEVOYANT JULES; ROCHEL SUCCES, also known as ROCHENEL SUCCES; and RICHARDO DESIR THEARD, also known as RICARDO DESIR THEARD,** and other conspirators whose identities are known to the Grand Jury, did knowingly seize and detain and threaten to kill, to injure, and to continue to detain Klaus Peters in order to compel a third person to pay ransom for the release of Klaus Peters, as an explicit and implicit condition for the release of Klaus Peters.

   (**Hostage Taking and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1203(a) and 2)

A TRUE BILL:


FOREPERSON


Attorney of the United States in
and for the District of Columbia